Jacob Christopher WOODLEE

v.

STATE

CR-13-1412

Court of Criminal Appeals of Alabama.

01/16/2015

Reh. denied

Larry Jason RAYFIELD

v.

STATE

CR-13-1419

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

James FRAZIER

v.

STATE

CR-13-1421

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

Larry MCGUIRE

v.

STATE

CR-13-1427

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Nevis JENNINGS, Jr.

v.

STATE

CR-13-1433

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied